# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DHIRAJ KUMAR,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:21-cv-01591-SAB<br><br>ORDER RE: STIPULATION FOR EXTENSION OF TIME<br><br>(ECF Nos. 12, 13) |

On March 28, 2022, the parties submitted a stipulated request for a sixty-day extension of time to file Plaintiff's opening brief from April 4, 2022, to June 3, 2022. (ECF No. 13.) The parties proffer good cause exists to grant the extension because counsel for Plaintiff underwent major orthopedic surgery on March 17, 2022, and is dealing with post-operation pain and must work only short periods throughout the day; counsel also will undergo twelve weeks of physical therapy, four days a week. The parties additionally proffer that the increase in appeals council decisions and hearings at the administrative levels, and other delays resulting from the pandemic, shelter-in-place mandates, and stays supports the extension, and that counsel needs additional time to prepare the briefing in light of his currently full calendar. The Court finds good cause exists to grant the requested extension and to extend Plaintiff's deadline to file an opening brief.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall have until June 3, 2022, to file Plaintiff's opening brief; and
2. All remaining deadlines as set forth in the amended scheduling order (ECF No. 12) shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **March 29, 2022**

UNITED STATES MAGISTRATE JUDGE

2